UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS AND PLASTERERS HEALTH & WELFARE TRUST, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> AVALON FLOORS, INC., and AVALON CORPORATION, <br><br> Defendant(s). | NO. C09-1754MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court GRANTS the plaintiff Trusts' motion to file a surreply to Defendants' reply in support of their motion for partial summary judgment.

Defendants will be permitted to file a response to Plaintiffs' surreply. The response is not to exceed three pages in length and must be filed no later than **June 16, 2010**. The motion will be re-noted for June 18, 2010.

Filed this 8th day of June, 2010.

BRUCE RIFKIN, Clerk

By    /s Mary Duett
      Deputy Clerk

MINUTE ORDER